UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
: No. 08-01789 (BRL)
Plaintiff-Applicant, :
: SIPA Liquidation
v. :
: (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant :
-----------------------------------------------------------X
:
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
-----------------------------------------------------------X
:
IRVING PICARD, Trustee for the :
Liquidation of Bernard L. Madoff Investment :
Securities LLC, :
:
Plaintiff : Adv. Pro. No. 12-01209 (BRL)
:
v. :
:
BSI AG, individually and as :
successor-in-interest to :
BANCO DEL GOTTARDO, :
:
Defendant. :
-----------------------------------------------------------X

### DECLARATION OF CHARLES C. PLATT IN SUPPORT OF MOTION OF DEFENDANT BSI AG TO WITHDRAW THE REFERENCE

CHARLES C. PLATT, hereby declares, under the penalty of perjury, that the following is true and correct:

1. I am a member of the Bar of this Court and of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the defendant BSI AG in the above-captioned action. I submit this declaration in support of BSI's motion for an order withdrawing the reference of this matter to the Bankruptcy Court for the Southern District of New York.

2. A true and correct copy of the Complaint in *Picard v. BSI AG SA.,* Adv. Pro. No. 12-01209 (BRL), is annexed hereto as Exhibit A.

3. BSI was not a party to the action *Picard v. Fairfield Sentry Ltd., et al.,* Adv. Pro. No. 09-01239 (BRL). Nor was BSI a party to the settlement agreement or the consent judgment that terminated that lawsuit.

Dated: April 17, 2012
New York, New York

/s/ Charles C. Platt
Charles C. Platt