UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

PICARD                                                                    Docket Number: 12 CV 3177 (JSR)

       -against-                                                       NOTICE OF ASSIGNMENT

BSI AG
-------------------------------------------------------

       The above-entitled action is:

---

[  ] Declined by Hon.
        As  [  ]Related/ [   ] Similar to case #:

---

[  ] Assigned to the Hon.
        [  ] Designated / [  ] Redesignated Hon.                    ,Magistrate Judge

---

[ X ] Accepted by Hon. JED S. RAKOFF (JSR)        as [ X ] Related/ [   ] Similar to case
        #:   11 CV 7825
        [X  ] Designated  [   ] Redesignated Hon. HENRY B. PITMAN (HBP),
        Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                        Ruby J. Krajick
                                                        Clerk of Court

Dated: 04/26/2012                                                      By:     PHYLLIS ADAMIK
                                                                        Deputy Clerk