**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | SIPA LIQUIDATION<br>Adv. Pro. No. 08-01789 (BRL)<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>BSI AG, individually and as successor-in-interest to BANCO DEL GOTTARDO,<br><br>       Defendants. | Adv. Pro. No. 12-01209<br><br><br>Case No. 12-cv-03177<br>ECF Case<br>Electronically Filed |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for Irving H. Picard, Esq., as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 16, 2012

                                 */s/ Nicholas J. Cremona*
                                 Nicholas J. Cremona
                                 **Baker & Hostetler LLP**
                                 45 Rockefeller Plaza
                                 New York, New York 10111
                                 Telephone: (212) 589-4200
                                 Facsimile: (212) 589-4201
                                 Email: ncremona@bakerlaw.com

                                 *Attorneys for Plaintiff Irving H. Picard, as Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300244521